IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| L.B. PATTON, | § | |
| TDCJ-CID No.579695, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-06-324 |
| | § | |
| DOUGLAS DRETKE, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, without prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on March 7, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE